No. 324. PENNSYLVANIA COAL & COKE CORP. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederick S. Winston* for petitioner. *Solicitor General Biggs* and *Assistant At-*

...torney General *Wideman* for the United States.

